IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 JUL 12 P 4:57

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. WMN 98-2213 |
| ) | |
| DEMETRIOS BOSCAS and ) | |
| SHARON LEE BOSCAS ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER FOR DISMISSAL

Upon agreement of the parties and the Court being sufficiently advised, it is hereby ORDERED

that the above-entitled case be dismissed without prejudice pursuant to the settlement entered into between the parties, subject to being reopened for the immediate entry of judgment against Demetrios Boscas for the full unpaid balance of the trust fund recovery penalty liabilities being settled, in the event of default by Mr. Boscas of his obligations under the terms of the 5-year future income collateral agreement entered into pursuant to the settlement.

Dated this 12th day of July, 2000.

/s/ William Nickerson
WILLIAM M. NICKERSON
United States District Judge

AGREED:

*/s/ Stuart M. Fischbein*
STUART M. FISCHBEIN BAR NO. 10581
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044

LYNNE ANN BATTAGLIA
United States Attorney

Attorneys for the Plaintiff


*/s/ Richard W. Moore by SMF (with authorization)*
RICHARD W. MOORE
40 West Chesapeake Avenue
Suite 518
Towson, Maryland 21204
Attorney for Defendant Demetrios Boscas

AGREED:

_____
STUART M. FISCHBEIN BAR NO. 10581
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044

LYNNE ANN BATTAGLIA
United States Attorney

Attorneys for the Plaintiff


*/s/ Richard W. Moore*
_____
RICHARD W. MOORE
40 West Chesapeake Avenue
Suite 518
Towson, Maryland 21204
Attorney for Defendant Demetrios Boscas