IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil No. WMN 98-2213 |
| ) | |
| DEMETRIOS BOSCAS ) | |
| SHARON LEE BOSCAS, and ) | |
| MIDLAND MORTGAGE COMPANY ) | |
| ) | |
| Defendants. ) | |

UNITED STATES' NOTICE OF DISMISSAL

The United States, by its attorneys, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby dismisses the above-entitled action as it pertains to the Midland Mortgage Company.

Respectfully submitted,

*Stuart M. Fischbein*
STUART M. FISCHBEIN BAR NO. 10581
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6489

OF COUNSEL:

LYNNE ANN BATTAGLIA
United States Attorney

"APPROVED" THIS 14th DAY
OF July, 2000
_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Notice of Dismissal has been made this 13th day of July, 2000, by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>   Richard W. Moore, Esquire
>   40 West Chesapeake Avenue
>   Suite 518
>   Towson, Maryland 21204

*Stuart M. Fischbein*
STUART M. FISCHBEIN